United States District Court
Southern District of Texas
**ENTERED**
July 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| CYNTHIA LYNN AINA, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:19-CV-153 |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security. | § § § § | |
| Defendant. | § § § | |

# ORDER

On June 28, 2022, the United States Magistrate Judge issued a Report and Recommendation (the "Report") (Dkt. No. 32), which recommended the following: (1) that Plaintiff's counsel's motion for attorney's fees (Dkt. No. 30) be granted and (2) that Plaintiff's counsel be ordered to refund the previously awarded Equal Access to Justice Act (EAJA) fee directly to Plaintiff. No party filed an objection to the Report within the 14-day objections period.

Having reviewed the Report and finding no plain error, the Court hereby **ADOPTS** the Report (Dkt. No. 32) as the findings and conclusions of the Court. Accordingly, Plaintiff's counsel's motion for attorney's fees (Dkt. No. 30) is **GRANTED**. Plaintiff's counsel, Melissa Palmer, is hereby **AWARDED** attorney's fees in the amount of $10,909.00, to be paid via check made payable to her at her address of record (*see* Dkt. No. 30-8 at 2). Further, upon the receipt of these attorney's

fees, Ms. Palmer is **ORDERED** to refund the EAJA award she received in this matter (Dkt. No. 29) directly to Plaintiff.

It is so **ORDERED**.

**SIGNED** July 26, 2022.

_____
Marina Garcia Marmolejo
United States District Judge